

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

December 27, 2023

No. 04-23-01076-CR

**IN RE** Shaloshier Dareena **CLAYBORNE**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Beth Watkins, Justice

Delivered and Filed: December 27, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On December 14, 2023, relator filed a petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Case No. 719231, styled *State of Texas vs. Shaloshier Dareena Clayborne*, pending in the County Court at Law No. 5, Bexar County, Texas, the Honorable Andrea Arevalos presiding.